IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STRATFORD LAND FUND IV, L.P. and SLF IV LENDING, L.P., | ) ) ) |
| Plaintiffs, | ) No. 3:12-cv-01160 ) |
| v. | ) Judge Nixon ) Magistrate Judge Brown |
| SV PROPERTIES, LLC, and TERRY RASMUSSEN, | ) ) ) JURY DEMAND |
| Defendants. | ) ) |

## ORDER

Pending before the Court are Plaintiffs Stratford Land Fund IV, L.P. and SLF IV Lending, L.P.'s Motion for Partial Summary Judgment (Doc. No. 70), Motion for Leave to File Supplemental Summary Judgment Briefing (Doc. No. 97), and Motion to Exclude Opinion Testimony of Donald R. Barrett, Jr. and Rick Gaskins (Doc. No. 102). It appears to the Court that these three Motions pertain solely to former Defendant Sidwell Barrett & Welch, PC, ("SBW"), which was terminated as a party to this litigation on March 27, 2014 (Doc. No. 119), pursuant to a joint motion by Plaintiffs and SBW (Doc. No. 118). Accordingly, Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 70), Motion for Leave to File Supplemental Summary Judgment Briefing (Doc. No. 97), and Motion to Exclude Opinion Testimony of Donald R. Barrett, Jr. and Rick Gaskins (Doc. No. 102) are **TERMINATED AS MOOT**.

It is so ORDERED.

Entered this ___31st___ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT