IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STRATFORD LAND FUND IV, L.P. and SLF IV LENDING, L.P., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:12cv1160 |
| SV PROPERTIES, LLC, TERRY RASMUSSEN and SIDWELL BARRETT & WELCH, PC, | § § § § | Senior Judge Nixon<br>Magistrate Judge Brown |
| Defendants. | § § | |

## FINAL JUDGMENT

On August 20, 2014, the Court heard Plaintiffs' Motion for Default Judgment against Defendant Terry Rasmussen and Defendant SV Properties, LLC. Upon review of the Motion and hearing the argument of counsel, the Court determines that Plaintiffs' Motion for Default Judgment should be GRANTED. Inasmuch as Plaintiffs' claims against the remaining Defendant, Sidwell Barrett & Welch, P.C. ("SBW") have been dismissed pursuant to the terms of a settlement agreement between Plaintiffs and SBW, the Court now enters its final judgment as to the fraud claim asserted by Plaintiffs against Defendant Terry Rasmussen and Defendant SV Properties, LLC as follows:

1. Plaintiff Stratford Land Fund IV, L.P. and SLF IV Lending, L.P. are awarded judgment against Defendant Terry Rasmussen and Defendant SV Properties, LLC for fraud in the amount of $1,250,000.00, for which Rasmussen and SVP are jointly and severally liable. Plaintiff SLF IV Lending, L.P. is awarded judgment against Defendant Terry Rasmussen and Defendant SV Properties, LLC for its reasonable and necessary attorney's fees in the amount of

$ __382,682.92__ The amount of the judgment shall bear post-judgment interest at the rate of __.11__ % per annum from the date of judgment until paid.

2. Court costs are taxed against Defendant Terry Rasmussen and Defendant SV Properties, LLC. Plaintiffs shall have and recover from Defendant Terry Rasmussen and Defendant SV Properties, LLC its taxable costs of court in the amount of __11,848.46__.

3. All relief not expressly granted herein is denied. This is a final judgment.

Signed August __20th__, 2014.

John T. Nixon
United States District Judge